■ LORI PILATO, Appellant, v ERIE COUNTY MEDICAL CENTER et al., Respondents. [984 NYS2d 281]—Appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered December 26, 2012 in a personal injury action. The order granted defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Centra, Carni and Whalen, JJ.